Where a judgment is reversed, this Court gives no costs; and if levied by execution, will order the different officers to refund them.

WRIGHT and another *against* The Lessee of SMALL.

IN this case a judgment had been rendered in the Common Pleas of *Mercer* county, against the present plaintiffs in error, which was afterwards reversed by this Court, and a *venire de novo* awarded. An execution was then issued from this Court, to levy the costs, which accordingly were paid. But upon application by the party who had been compelled to pay them, *The Court*, upon the ground that where a judgment is reversed, this Court gives no costs, quashed the execution, and ordered the money received by the different officers, to be refunded.